# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHRISTOPHER STALLWORTH, :
AIS 219530,
      :
   Petitioner,
      :
vs.                                CA 07-0057-KD-C
      :
KENNETH JONES,
      :
   Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 4, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of <u>October</u>, 2007.

                /s/ Kristi K. DuBose
                **KRISTI K. DuBOSE**
                **UNITED STATES DISTRICT JUDGE**